

# Fourth Court of Appeals
## San Antonio, Texas

April 20, 2020

No. 04-19-00877-CV

Joe Jesse **PONCE,** III,
Appellant

v.

**COMMISSION FOR LAWYER DISCIPLINE,**
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CI13669
Janet L. Leal, Judge Presiding

## O R D E R

On December 19, 2019, appellant filed a notice of appeal. On December 20, 2019, appellant filed a motion for new trial. On March 24, 2020, the trial court clerk filed a notification of late record, stating that appellant has failed to pay or make arrangements to pay the fee for preparing the clerk's record and that appellant is not entitled to preparation of the clerk's record without paying the fee.

We, therefore, ORDER appellant to provide written proof to this court on or before **April 30, 2020**, that either (1) the clerk's fee has been paid or arrangements have been made to pay the clerk's fee; or (2) appellant is entitled to appeal without paying the clerk's fee. If appellant fails to respond within the time provided, this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b); *see also* TEX. R. APP. P. 42.3(c) (allowing dismissal of appeal if appellant fails to comply with an order of this court).

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of April, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court